[Cite as *Wilson v. Ohio Dept. of Transp.*, 2010-Ohio-3786.]

# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

ROBIN WILLISON

    Plaintiff

    v.

OHIO DEPT. OF TRANSPORTATION

    Defendant

    Case No. 2009-07237-AD

Deputy Clerk Daniel R. Borchert

ENTRY OF DISMISSAL

{¶ 1} On August 28, 2009, plaintiff, Robin Willison, filed a complaint against defendant, Department of Transportation. On March 3, 2010, defendant filed the investigation report. On March 11, 2010, plaintiff filed a letter indicating she was satisfied with the settlement she reached with B G Trucking & Construction, Inc., a readily available collateral source, and wished her claim be dismissed.

{¶ 2} Plaintiff's letter is considered a request for voluntary dismissal and is GRANTED. Plaintiff's case is DISMISSED. The court shall absorb the court costs of this case.

 

_____
DANIEL R. BORCHERT
Deputy Clerk

Entry cc:

Robin Willison                          Jolene M. Molitoris, Director
150 N. Surry Road                       Department of Transportation
East Liverpool, Ohio  43920             1980 West Broad Street
                                        Columbus, Ohio  43223

DRB/laa
Filed 4/2/10
Sent to S.C. reporter 8/13/10